

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-22-00638-CR, 04-22-00661-CR, and 04-22-00662-CR

Xavier Deshawn **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2020-CR-0264, 2020-CR-0265, and 2020-CR-0266
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 12, 2024.

Luz Elena D. Chapa, Justice